Our next case for argument is United States v. Larry Carpenter Good morning, your honors. My name is Joseph Ferrante. I represent Mr. Larry Carpenter. This case started with Larry Carpenter being arrested by a local joint task force on a organized buy and bust, typical local type thing. He went there to meet a customer who later testified that he considered him his friend and a sweetheart and a young woman who pretended to be another friend and she was the undercover agent. He was arrested with a couple of grams of drugs. At trial, who went on trial was his alter ego, a man named Larry. The shortcomings of the government's case were filled in, all the blanks were filled in, with lyrics and poems and songs and videos. Every time there was a... There was also substantial testimonial evidence, wasn't there? Substantial testimonial evidence? Yeah, it wasn't just lyrics and videos. There were several witnesses... Well, interestingly, the years changed when I provided the government with proof that Mr. Carpenter was actually imprisoned in New York State for a long portion of what one of the customer witnesses was very clear in her testimony because she tied it to the passing of her husband. She was very, very clear about when she met Larry Carpenter. She was off by close to a year in that time frame. The government never produced that to us. Your characterization that this case is just a buy and bust plus lyrics, that's just false. That's just not correct. As Judge Chin was saying, there was lots of evidence of conspiratorial activity prior to the buy and bust. We actually believe there was next to no conspiratorial proof provided. Explain to us why that is so. Yes, early on in the case, before I was involved, the defense made a motion to dismiss the conspiracy count because all of the evidence had been turned over and it showed very much so that Larry Carpenter was a solo, street-level drug dealer. There was evidence of a woman who was not only driving the car with him but participating in the regularly participating in the drug selling activity and a woman, perhaps the same one, but not necessarily, it doesn't matter, answering the phone for customers of drugs and arranging in some cases for the delivery of the drugs. All of that was evidence of conspiratorial conduct. It wasn't just a buy and bust plus lyrics. But again, that information was provided by the customer witnesses who, during the investigation, were never shown any photos of a potential woman. They never were able to describe this potential woman. This potential woman was never questioned. Those arguments were made to the jury, I gather? The arguments were made to the jury. And the jury accepted their testimony in any way. And that's why I say all of the confusion that was brought up by the lyrics, by the government expert who came in as the final witness, who basically acted as a last prosecutor to tie, again, continuing to point to lyrics versus reality. We had a woman named Salter who was a customer who claimed to have purchased hundreds of carpenters in cash when she also testified that she was on food stamps, had no job, got a government-provided telephone, had no money, lived with other people. It's simply impossible testimony to give any sort of credence to. And as you- There are lots of people who are on drugs and spend a lot of money for drugs. And perhaps because they spend so much money for drugs, they don't have any money left over for anything else. That's not an unusual circumstance. I would say that- Furthermore, you proceed in your argument as if the evidence contained in the lyrics is disqualified from being evidence. But it's not. It's an admission. Now, you can make your arguments, as you did to the jury, that that was all fiction, that was all a fictional world and should be paid no attention to. But it doesn't mean that it's not competent evidence. It's an admission, a confession, an admission. The defendant of the conduct of the jury can choose to believe that it's all fiction or can choose to believe that it's real. I disagree. I think that referring to a fictional character in music and the government referring to it as essentially a live-streamed biography, I highly disagree with that. I think if we did that, we'd have to look at all- Did he not speak in the lyrics in the first person about, I did this and I did that? Yes, rap lyrics are pretty much spoken in the first person. And that's mostly braggadocio. It's not truth. He rapped about having fancy cars. He was being given a ride by a woman he met the night before after a rap concert, ironically. He was using Ubers. He rapped about flooding the streets with various substances when in his possession he had one gram. I think he was referring to fire. Right. Flooding the city with fire. And children, kids these days, everything is fire. A good song is fire. But again, you made the argument to the jury that this was all fictional. And the jury didn't accept the argument. Yeah, and I don't think that this case should have ever reached the jury. And that's the main part of my argument because I still don't know exactly who Larry Carpenter's co-conspirators are. I said that at the beginning of the case. I still don't know. But that's not required, though. The government wasn't required to establish, to bring in the co-conspirator or name them, correct? No, but at least provide some kind of evidence that they exist and that they joined the conspiracy, that they gained something from it, that there was a meeting of the minds. The three witnesses testified that there was a woman intimately involved, took their phone calls, did deliveries. Why isn't that sufficient? Because none of the evidence that was actually in the phones or anything else proved any of that. You're saying that testimony is unbelievable. Completely. For these three witnesses, completely unbelievable. Yes. The probation office, when they did their review of this case, and they came back and said, in the PSR, Mr. Larry Carpenter was a street-level drug dealer who had a small base of customers. In great irony, the PSR was the only governmental branch that got that fact correct here. And in all of the representations made by the government, when they promised, we'll show you that the customers were co-conspirators, the customers all said that they were not. We'll show you that he had help building his customer base. They showed that they did not. They were asked, but they did not provide anything. There's no meeting of the minds there, and they didn't gain anything from it. So, again, the three customers were devoid of any credibility. The record was devoid of... Conspiracy does not require that the co-conspirator gain anything from it. That they know that they're part of the conspiracy is part of the conspiracy law. Right, but that doesn't require that they gain anything from it. They do have to agree to be part of the conspiracy, and they do have to have a meeting of the minds with Mr. Carpenter for him to tie them all together. And that was the reason why, during the arguments about the jury instructions, that I repeatedly asked that it be explained that there is an exception for buyers and sellers, and that you cannot just add separate conspiracies together. So, for instance, if this woman was part of a conspiracy for one month, but then there was a customer who might be part of something for another month, that they couldn't add them all together. And that is exactly what the government did in their closing. I think I'm out of time. Thank you. Sorry. Thank you, and may it please the court, Adam Toporowski on behalf of the United States. The government proved... On the issue of rap lyrics, there's a trend in the country barring the use of rap lyrics. In California, passed a law, I think there's a statute pending federally. I mean, what do we do with that? Well, Your Honor, the lower court evaluated the rap lyrics for any prejudice that they could cause the defendant and looked at the relevance of the rap lyrics. This wasn't just a situation where the defendant rapped generally about, let's say, murdering people or assaulting people. The defendant spoke specifically about the crimes that he was accused of doing here, how he mixed his drugs, his methodology, and the exact .38 caliber gun that he used. So the court conscientiously balanced these things and decided... I'm sorry. When you say his methodology, there was some specific method of mixing drugs that was distinct to him that was mentioned in his rap lyrics? Is that what you're suggesting? The defendant specifically stated in his rap lyrics that he mixed fentanyl with heroin and the drug testing that was done on the drugs that the defendant sold found fentanyl mixed with heroin. As to his methodology, it goes further than that.  that he was driven around in a Honda by a woman. So this wasn't specifically ideal drugs. This is how ideal drugs, which corroborated the customer witnesses. Now, the court below, what we're looking for is to see whether he conscientiously balanced the prejudice of the rap lyrics with their probative value. And if you look at the court's order, he didn't just generally say, let's let in all the rap lyrics. The judge specifically highlighted specific lyrics. Is there guidance on when it's artistic expression like I shot the sheriff or when it is actually relevant evidence? Your Honor, I would argue that if the defendant rapped that he was shooting police officers, that the court would have evaluated that differently than the specific things that the defendant rapped about here. And if we look at what the court below did, the court looked at all of the rap lyrics that the government put forward. The government said, here are so many lyrics that we think are relevant because they talk about how the defendant deals drugs. Not just that he's a drug dealer, but how he does it. Now, the credibility of the customer witnesses, those three people who testified at trial, that was obviously of the utmost importance at trial. And the defense, rightfully so, questioned their credibility and did a great job attacking them on cross and trying to show the jury, hey, these people can't be trusted. One of the ways the government is able to show these people can be trusted is they corroborate each other but specifically what they were saying the defendant did, the defendant rapped about doing. When the customer witnesses said, he was driven by a woman, he gave me these drugs, this is how he contacted me, it was the terminology the defendant used in his rap lyrics and the methodology that he described. So the court didn't just say, hey, let's just let in all rap lyrics. I don't like rap lyrics. They show the defendant's a bad guy. The court said, oh, lyric A, that passes the test. Lyric B doesn't pass the test. And I think that conscientious balancing shows that that's enough to get in in front of the jury, these admissions that the defendant made. The court kept some out? The court kept a lot out, Your Honor. If the court has no further questions generally, then the government will rest on its papers. Obviously, I'm happy to answer any questions about the conspiracy as well. Thank you. Just briefly on the last question Your Honor asked about lyrics being kept out. There was a cell phone involved in this. There were thousands and thousands of pages that the government had provided originally. He was just recording himself rapping? He was actually typing them like you would in a notebook. So yes, there were again, what was left out if they had come in it would have been days and days. We're talking about gigabytes of information. And again, showing admissions the Bonnie and Clyde story is the oldest story that there is as far as There were certainly some specifics. He said he had a 38 and indeed there was a 38 found. He said he drove in a Honda and indeed he was in a Honda when he was selling drugs. So in other words, it was more than just general artistic expressions. There were lots of details that indeed were corroborating what the customer witnesses testified. When you say driving in a Honda, just so we're clear the lyrics that we're referring to were written before that event. So if he was clairvoyancy There's a reference to a Honda and then he shows up in a Honda. That wasn't his car. It was somebody else's car who he met the night before. I'm saying you could get pretty in depth on the similarities there but the reality is that car could have been a BMW. He met the woman the day before. So the specifics of the lyrics I think the lyrics are classic to rap music today. Young men making money being driven around by pretty women again a Bonnie and Clyde setting it's older than time and your honor mentioned I shot the sheriff and I tried to cite the cases in my argument point where there are people literally rapping and in a rap video they saw a license plate number of an actual I believe it was a Mercedes that was found at the scene of a murder crime. I understand all of that. This is Larry Carpenter just saying look at me I'm a big time drug dealer I have pretty girls when in fact he had no money he had no drugs he had no big houses he was selling drugs he sold two grand on the day he was arrested he was an opportunist which is a street level dealer who will say I have fire and if anybody writes back I could use some he'll go out and try to find it and bring it to them. Yes as an independent drug dealer yes again my argument is the center of a large conspiracy everything that was provided by the customers was not enough to prove it beyond a reasonable doubt but the rap lyrics were used to fill in those blanks and the expert who interpreted the rap lyrics did the same. Thank you your honor.